UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:24-CR-00105 |
| ) | |
| ) | JUDGE HOLMES |
| LAURIE KATE CARSON ) | |

## MOTION TO UNSEAL INDICTMENT

COMES NOW the United States of America, by and through Henry C. Leventis, United States Attorney, and the undersigned Assistant United States Attorney, Robert E. McGuire, and moves the court to unseal the Indictment, attendant Arrest Warrant, and other materials related to the Indictment.

For cause, the United States would submit that the Defendant is a fugitive living internationally. The United States intends to provide a copy of the indictment to the State Department for appropriate action regarding the Defendant's current American passport. Per State Department guidance, the indictment needs to be unsealed and publicly available.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: */s/ Robert McGuire*
ROBERT McGUIRE
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing has been filed on the CM/ECF electronic delivery system on this the 14th day of August 2024.

      *s/ Robert McGuire*
ROBERT McGUIRE
Assistant U. S. Attorney